```
BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RIVERA, individually and as the Administrator of the Estate of Jose V. Rivera,<br><br>            Plaintiff,<br><br>     v.<br><br>DENNIS SMITH; HARLEY LAPPIN; ROBERT McFADDEN; SPECIAL INVESTIGATIONS SPECIALIST ZIRAGOSA; OPERATIONS LIEUTENANT; ASSOCIATE WARDEN BELL; ASSOCIATE WARDEN D. SHINN; JESSE ESTRADA; MARIE OROSZCO; FOOD SERVICES DEPARTMENT SUPERVISOR; COMMISARY SUPERVISOR; UNIT SECRETARY DRAYTON; UNIT MANAGER BOWLES; and DOES 1 through 200, inclusive,<br><br>            Defendants. | Case No. 1:10-cv-01015-AWI-GSA<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO CONTINUE INITIAL SCHEDULING CONFERENCE** |

Pursuant to Local Rule 144(a), Plaintiff, Terry Rivera, and Defendants, Harley Lappin, Robert McFadden, Dennis Smith, Jon Bell, David Shinn, Jesse Estrada, Joel Zaragoza, Maria Orozco, Denise Bowles and Carrie Drayton, hereby stipulate and agree to an initial twenty-eight (28) day extension of the time.  The

1

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
AND TO CONTINUE INITIAL SCHEDULING CONFERENCE

parties agree that the date by which Defendants must respond to the Complaint is extended from December 7, 2010, to January 4, 2011.

The parties further stipulate and request that the Initial Scheduling Conference be continued from December 1, 2010, to February 2, 2011, at 9 a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin.

```
                                        RESPECTFULLY SUBMITTED,

Dated: November 19, 2010.               BENJAMIN B. WAGNER
                                        United States Attorney


                                  By:    /s/ Benjamin E. Hall
                                        BENJAMIN E. HALL
                                        Assistant U.S. Attorney
                                        Attorneys for Defendant
                                        United States of America

Dated: November 19, 2010.               LAW OFFICES OF MARK J. PEACOCK


                                  By:    /s/ Mark J. Peacock
                                        MARK J. PEACOCK
                                        Attorney for Plaintiff
```

**ORDER**

IT IS SO ORDERED.

Dated:   **November 22, 2010**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE