**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **TERRY RIVERA,** | ) | **1:10-CV-1015  AWI GSA** |
| | ) | |
| **Plaintiff,** | ) | **ORDER VACATING MARCH** |
| | ) | **7, 2011 HEARING DATE** |
| **v.** | ) | |
| | ) | |
| **DENNIS SMITH, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Currently pending before this Court is Defendants' motion to dismiss.  This motion is set for hearing on March 7, 2011, at 1:30 p.m. in Courtroom 2.  The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 230(g).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 7, 2011, is VACATED, and the parties shall not appear at that time.  As of March 7, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    March 2, 2011                          _____

                                       CHIEF UNITED STATES DISTRICT JUDGE